IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF IDAHO

|  |  |  |
|---|---|---|
| CHARLES EDWARD LINCOLN, III, | ) ) ) | |
| Plaintiff, | ) ) | Case No. CV 09-163-S-MHW |
| v. | ) ) | **ORDER** |
| NORTHWEST TRUSTEE SERVICES, *et al.* | ) ) ) ) | |
| Defendants. | ) ) | |

On April 9, 2009, Plaintiff filed his complaint and paid a filing fee in the amount of $350.00 by check. Plaintiff later put on a stop payment on this check. The Court's finance department contacted Plaintiff and informed him that if he did not pay his filing fee by May 22, 2009, an additional fee of $45 would be assessed to cover expenses incurred in handling the stopped payment. As of June 4, 2009, Plaintiff has yet to pay the filing fee or the additional $45 fee.

IT IS HEREBY ORDERED that Plaintiff is to pay the filing fee of $350.00 plus the additional $45 fee, for a total of $395.00, by June 19, 2009. In the alternative, Plaintiff may file a motion to proceed *in forma pauperis* pursuant to 28 U.S.C. § 1915 by June 19, 2009. If the filing fee is not paid nor a motion filed, the case will be dismissed without prejudice.



DATED: June 4, 2009

_____
Honorable Mikel H. Williams
United States Magistrate Judge