IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF IDAHO

|  |  |  |
|---|---|---|
| CHARLES EDWARD LINCOLN, III, | ) | |
| | ) | |
| Plaintiff, | ) | Case No. CV 09-163-S-BLW |
| | ) | |
| v. | ) | **ORDER** |
| | ) | |
| NORTHWEST TRUSTEE | ) | |
| SERVICES, *et al.* | ) | |
| | ) | |
| Defendants. | ) | |
| _____ ) | | |

On June 4, 2009, the Court directed that Plaintiff pay the filing fee of $350.00 plus an additional fee of $45.00, or file a motion to proceed *in forma pauperis*, by June 19, 2009. As of June 26, 2009, Plaintiff has not paid the fees nor otherwise complied with the order.

Accordingly, IT IS HEREBY ORDERED that the case be dismissed without prejudice.

DATED:  **June 29, 2009**

Honorable B. Lynn Winmill
Chief U. S. District Judge